

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

TRISH M. BROWN
CHIEF JUDGE

1050 SW SIXTH AVENUE, #700
PORTLAND, OREGON 97204
(503) 326-1592

STEPHEN A. RAHER
LAW CLERK

SUZANNE M. MARX
JUDICIAL ASSISTANT

September 11, 2019

Michael D. O'Brien
12909 SW 68th Pkwy., Ste. 160
Portland, OR 97223

Adele J. Ridenour
Ball Janik, LLP
101 SW Main St., Ste. 1100
Portland, OR 97204

**VIA CM/ECF ONLY**

Re: *In re Michael Edward Parsons*, Case No. 15-32938-tmb13

Dear Counsel:

This matter came before the court on a proposed amended plan, dated July 12, 2019, filed by Debtor (ECF No. 60). Creditor Association of Unit Owners of Tabor Park Condominium objects to the proposed amended plan based on the treatment of post-petition homeowner association dues and assessments.

I hold that the creditor's arguments are completely foreclosed by *Goudelock v. Sixty-01 Association of Apartment Owners*, 895 F.3d 633 (9th Cir. 2018). Accordingly, the creditor's objection is overruled and the Debtor should submit an order confirming the amended plan.

Yours truly,

Trish M. Brown

cc: Wayne Godare, trustee